<u>Judgment in a Civil Case</u>

# United States District Court
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG CUNNINGHAM, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: 17-CV-1305-FPG |
| v. | |
| CHANNER, LLC, ET AL, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Plaintiff failed to file amended complaint by November 28, 2018. The Clerk of Court is directed to close this case without further order.

Date: March 15, 2019          MARY C. LOEWENGUTH
                              CLERK OF COURT

                              By: s/K,McMillan
                                  Deputy Clerk